IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUINN AARON KLEIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-16-M |
| ) | |
| OKLAHOMA SUPREME COURT, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

On February 5, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought seeking mandamus relief pursuant to 28 U.S.C. § 1361. The Magistrate Judge recommended that the petition be dismissed without prejudice based upon petitioner's failure to cure the deficiency in his initial filings by either submitting an application to proceed *in forma pauperis* that complies with 28 U.S.C. § 1915 and Local Civil Rule 3.3 or paying the $5.00 filing fee. Petitioner was advised of his right to object to the Report and Recommendation by February 25, 2013. A review of the file reveals petitioner has not filed any objection, has not filed an application to proceed *in forma pauperis*, and has not paid the $5.00 filing fee.

Upon de novo review of this matter, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on February 5, 2013, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 8th day of March, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE